IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

CIVIL NO. 1:05CV323

| | | |
|---|---|---|
| RACHEL M. LOGEL, By her Guardian Ad Litem, ELIZABETH R. LOGEL, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | J U D G M E N T |
| JO ANNE B. BARNHART, Commissioner of Social Security, | ) ) ) ) ) | |
| Defendant. | ) ) | |

For the reasons set forth in the Memorandum and Order filed herewith,

**IT IS, THEREFORE, ORDERED, ADJUDGED, AND DECREED** that the Plaintiff's motion for summary judgment is **DENIED**; the Defendant's motion for summary judgment is **ALLOWED**; the Commissioner's decision denying Social Security benefits to the Plaintiff is **AFFIRMED**; and this matter is hereby **DISMISSED WITH PREJUDICE** in its entirety.

Signed: June 16, 2006

Lacy H. Thornburg
United States District Judge